**Order entered January 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01563-CV
No. 05-12-01566-CV
No. 05-12-01567-CV

**CONTINENTAL HERITAGE INSURANCE COMPANY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F11-42292I**

## ORDER

The Court has before it appellant's January 8, 2013 motion for exemption from filing fees. The Court **GRANTS** the motion and **ORDERS** that appellant in this case is exempt from paying the appellate filing fee.

/s/     ELIZABETH LANG-MIERS
JUSTICE